1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNATHAN WARREN, ) | Case No. 1:24-cv-00751-SAB |
| ) | |
| Plaintiff, ) | ORDER RE STIPULATION FOR |
| ) | EXTENSION OF TIME |
| vs. ) | |
| ) | (ECF No. 12) |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

11
12
13
14
15
16

On September 3, 2024, a stipulation was filed for Plaintiff Johnathan Warren to have an extension of time to file his opening brief.

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1.  Plaintiff shall file his opening brief on or before November 22, 2024;

2.  Defendant's response shall be filed on or before December 23, 2024; and

3.  Plaintiff's reply, if any, shall be filed on or before January 6, 2025.

IT IS SO ORDERED.

Dated:   **September 3, 2024**

_____
UNITED STATES MAGISTRATE JUDGE

17
18
19
20
21
22
23
24
25
26
27
28

1