# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNATHAN WARREN,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:24-cv-00751-SAB<br><br>ORDER RE STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 17) |

On December 18, 2024, Defendant filed a stipulated motion for a thirty (30) day extension of time, from December 23, 2024 to January 22, 2025, to reply to Plaintiff's opening brief. (ECF No. 13.)

Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that:

1. Defendant's response shall be filed **on or before January 22, 2025**; and;

2. All remaining deadlines as set forth in the scheduling order (ECF No. 5) shall be modified accordingly.

IT IS SO ORDERED.

Dated: **December 19, 2024**

STANLEY A. BOONE
United States Magistrate Judge

1