# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNATHAN WARREN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:24-cv-00751-SAB<br><br>ORDER REGARDING STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)<br><br>(ECF No. 23) |

On December 10, 2025, the parties filed a stipulation for the award and payment of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C.§ 2412(d).  (ECF No. 23.)

Accordingly, subject to the terms of the stipulation, Plaintiff is awarded fees and expenses in the amount of FIVE THOUSAND FIVE HUNDRED AND 00/100 ($5,500.00) as authorized by the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

In light of the forgoing, the Court DIRECTS the Clerk to terminate as MOOT Plaintiff's previous motion that seeks the same relief.  (ECF No. 22.)

IT IS SO ORDERED.

Dated:   **December 11, 2025**

　　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　United States Magistrate Judge